■ LUKE MICHAEL, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 111667.) [893 NYS2d 798]—Appeal from an order of the Court of Claims (Diane L. Fitzpatrick, J.), entered March 27, 2009 in a personal injury action. The order, insofar as appealed from, denied in part defendant's motion for summary judgment.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on December 8, 2009, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.